IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BROWN,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>           Defendant. | 1:10cv02316 DLB<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

   Pursuant to the parties' stipulation to dismiss filed on April 29, 2011, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own fees, costs and expenses.


   IT IS SO ORDERED.

   **Dated:    May 2, 2011**                             **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

1